```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

JUNIOR ORTIZ,

                     Defendant.
----------------------------------------------------------X

16-CR-545 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Wednesday, June 10, 2020, is adjourned to October 1, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
       June 1, 2020

                                                  /s/ Kimba M. Wood /
                                                KIMBA M. WOOD
                                          United States District Judge