UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JUNIOR ORTIZ,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/20

KIMBA M. WOOD, District Judge:

        The defendant's post-sentencing status conference, currently scheduled for October 1, 2020, is adjourned to January 5, 2021, at 11:00 a.m.

        SO ORDERED.

Dated: New York, New York
       September 15, 2020

                                                /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE