UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

JUNIOR ORTIZ,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/20

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Tuesday, January 5, 2021, at 11:00 a.m.

    To join the teleconference, the parties should dial 888-363-4749, and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
         December 30, 2020

                                          /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE