UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

         -against

JUNIOR ORTIZ,

                     Defendant.
-------------------------------------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/25/21 |

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a teleconference in the above-captioned case on Wednesday, March

31, 2021, at 10:30 a.m.   To join the conference, the parties should dial 888-363-4749 and enter

Access Code 1613818.

      SO ORDERED.

Dated: New York, New York
      March 24, 2021

                         Kimba M. Wood
                          KIMBA M. WOOD
              UNITED STATES DISTRICT JUDGE