USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

JUNIOR ORTIZ,

                       Defendant.

------------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Wednesday, June 30, 2021, at 11:00 a.m. Members of the press and public who wish to join the conference shall dial 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
June 23, 2021

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE