UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/21
```

-against-

JUNIOR ORTIZ,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Tuesday, September 21, 2021 at 11:00 a.m. Members of the press and public who wish to join the proceeding should dial 1-888-363-4749 and enter access code 1613818, with their telephones on mute. Consistent with the standing orders of this court, and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       September 15, 2021

                                            _____
                                            KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE