UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/21
```

    -against-

JUNIOR ORTIZ,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference on Wednesday, December 8, 2021, at 12:00 p.m. To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
          November 30, 2021

                                                  _/s/ Kimba M. Wood_
                                                  KIMBA M. WOOD
                                                  UNITED STATES DISTRICT JUDGE