UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/22

-against-

JUNIOR ORTIZ,

                     Defendant.
------------------------------------------------------------x

**ORDER**
16 CR 545 (KMW)

KIMBA M. WOOD, District Judge:

    A remote conference will be held, in the above-captioned case, on Wednesday, March 16, 2022, at 10:30 a.m. Members of the press and public who wish to join the conference may dial 1-888-363-4749 and enter Access Code 1613818, with their telephones on mute. Consistent with the standing orders of the court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
          March 8, 2022

                                           KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE